MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:    mbarrows@rwblaw.com
            kdelaney@rwblaw.com

Attorneys for Defendants TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT and THE TRAVELERS
INDEMNITY COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST, | **CASE NO.** C09-04144 PVT |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** [XXXXXXXXXX ] **ORDER THEREON** |
| vs. | |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel of record for TRAVELERS INDEMNITY

COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY, Marjie D.

Barrows and Kathleen M. DeLaney of Rudloff Wood & Barrows LLP, are withdrawing from the

representation of TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE

TRAVELERS INDEMNITY COMPANY in the above-captioned matter.

Marjie D. Barrows and Kathleen M. DeLaney of Foran Glennon Palandech Ponzi &

Rudloff PC are substituting into this action as counsel of record for TRAVELERS INDEMNITY

COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY, upon

approval by the Court.

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

The office address, telephone number and facsimile number of new counsel are:

Marjie D. Barrows, Esq.
Kathleen M. DeLaney, Esq.
Foran Glennon Palandech Ponzi & Rudloff PC
2000 Powell Street, Suite 900
Emeryville, CA 94608
Tel.: (510) 740 1500
Fax: (510) 740 1501
E-mail: mbarrows@fgppr.com
         kdelaney@fgppr.com

DATED:  June 28, 2010        **RUDLOFF WOOD & BARROWS LLP**

By: ___/s/ Marjie D. Barrows_____
          Marjie D. Barrows

DATED:  June 28, 2010        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: ___/s/ Kathleen M. DeLaney_____
          Kathleen M. DeLaney

DATED:  June 28, 2010           ___/s/ Joseph R. Salko_____
                 Joseph R. Salko

**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY**

**ORDER**

IT IS SO ORDERED.

Date:__June 29, 2010_____

*Patricia V. Trumbull*
_____
HON. PATRICIA V. TRUMBULL
MAGISTRATE JUDGE

RUDLOFF **WOOD & BARROWS** LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500