MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:       mbarrows@fgppr.com
              kdelaney@fgppr.com

Attorneys for Defendants TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT and THE TRAVELERS
INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>            Plaintiff,<br><br>    vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>            Defendants. | **CASE NO.** C09-04144 PVT<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DESIGNATION OF EXPERTS AND HEARING DATE FOR DISPOSITIVE MOTIONS;** xxxxxxxxxxxxx**ORDER THEREON** |

TO THE HONORABLE PATRICIA V. TRUMBULL, U.S. DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff MICHEL FAMILY TRUST and Defendants TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY ("Travelers") desire to continue (1) Travelers' designation of expert witnesses, and (2) the last day to have dispositive motions heard, on the following grounds:

1.  Counsel for both parties have diligently worked to schedule percipient depositions, but because of delays in document productions and scheduling depositions, counsel find that they

1  cannot meet the existing deadlines for Travelers' designation of expert witnesses and the

2  dispositive motion hearing cut-off; and

3      2.    This would be the first continuance in this matter.

4  NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff

5  MICHEL FAMILY TRUST and Defendants TRAVELERS INDEMNITY COMPANY OF

6  CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY hereby stipulate to the

7  following:

8      1.    The last day for Travelers to designate expert witnesses with reports is

9  continued to August 13, 2010; and

10     2.    The last day for a hearing on dispositive motions is continued to

11 September 14, 2010.

Respectfully submitted,

DATED: July 6, 2010

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: __/s/ Kathleen M. DeLaney_____
       Kathleen M. DeLaney

Attorneys for Defendants
**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY**

DATED: July 6, 2010

**WILLIAMS, PINELLI & CULLEN, LLP**

By: __/s/ Amy Carlson_____
       Amy Carlson

Attorneys for Plaintiff
**MICHEL FAMILY TRUST**

26 //

27 //

28 //

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for Travelers to designate expert witnesses with reports is continued to August 13, 2010; and

2. The last day for a hearing on dispositive motions is continued to September 14, 2010.

Date: July 12, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-
STIPULATION AND ORDER TO CONTINUE, CASE No. C09-04144 PVT