1  MARJIE D. BARROWS (SBN 122129)
   KATHLEEN M. DELANEY (SBN 196376)
2  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:    (510) 740-1500
4  Facsimile:    (510) 740-1501
   E-mail:       mbarrows@fgppr.com
5                kdelaney@fgppr.com

6  Attorneys for Defendants TRAVELERS INDEMNITY
   COMPANY OF CONNECTICUT and THE TRAVELERS
7  INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO.** C09-04144 PVT<br><br>**STIPULATION TO CONTINUE DATE FOR FILING MOVING PAPERS FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER THEREON** |

TO THE HONORABLE PATRICIA V. TRUMBULL, U.S. DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff MICHEL FAMILY TRUST and Defendants TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY ("Travelers") desire to extend the time for Travelers to file a motion for summary judgment, without changing the hearing date or any other dates for filing opposition or reply papers, on the following grounds:

　　1.　　Counsel for both parties have diligently worked to schedule percipient depositions, but because of delays in document productions and scheduling depositions, Travelers has been

-1-
STIPULATION AND ORDER TO CONTINUE, CASE No. C09-04144 PVT

1  prevented from meeting the existing August 10, 2010 deadline for filing its motion for summary
2  judgment; and
3      2.    This will not affect the last day for hearing dispositive motions in this matter.
4  NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff
5  MICHEL FAMILY TRUST and Defendants TRAVELERS INDEMNITY COMPANY OF
6  CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY hereby stipulate to the
7  following:
8      1.    The last day for Travelers to file and serve its motion for summary judgment shall
9  be August 17, 2010;
10     2.    The last day for Plaintiff to file and serve its opposition to Travelers' motion for
11 summary judgment shall be August 24, 2010;
12     3.    The last day for Travelers to file and serve its reply papers in support of its motion
13 for summary judgment shall be August 31, 2010; and
14     4.    The last day for a hearing on dispositive motions shall remain September 14, 2010.
15     Respectfully submitted,

16 DATED: August 6, 2010    **FORAN GLENNON PALANDECH PONZI &**
17     **RUDLOFF PC**

18     By: __/s/ Marjie D. Barrows_____
19     Marjie D. Barrows

20     Attorneys for Defendants
    **TRAVELERS INDEMNITY COMPANY OF**
21     **CONNECTICUT and THE TRAVELERS**
    **INDEMNITY COMPANY**
22

23 DATED: August 6, 2010    **WILLIAMS, PINELLI & CULLEN, LLP**
24

25     By: __/s/ Amy Carlson_____
    Amy Carlson
26     Attorneys for Plaintiff
27     **MICHEL FAMILY TRUST**

28 //

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for Travelers to file and serve its motion for summary judgment shall be August 17, 2010;

2. The last day for Plaintiff to file and serve its opposition to Travelers' motion for summary judgment shall be August 24, 2010;

3. The last day for Travelers to file and serve its reply papers in support of its motion for summary judgment shall be August 31, 2010 ; and

4. The last day for a hearing on dispositive motions shall remain September 14, 2010.

Date: August 9, 2010

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500