MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:        mbarrows@fgppr.com
                   kdelaney@fgppr.com

Attorneys for Defendants TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>                     Plaintiff,<br><br>         vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>                     Defendants. | **CASE NO.** C09-04144 PVT<br><br>**STIPULATION TO DISMISS THE TRAVELERS INDEMNITY COMPANY WITH PREJUDICE;**<br> xxxxxxxxxxx ] **ORDER THEREON** |

TO THE HONORABLE PATRICIA V. TRUMBULL, U.S. DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff MICHEL FAMILY TRUST has agreed to dismiss from this action, with prejudice, Defendant THE TRAVELERS INDEMNITY COMPANY under Federal Rules of Civil Procedure, Rule 41(a)(2); and

//

//

//

//

-1-
STIPULATION AND ORDER TO DISMISS TRAVELERS INDEMNITY COMPANY
CASE No. C09-04144 PVT

The parties to this action agree, through their respective attorneys, that Plaintiff MICHEL FAMILY TRUST hereby dismisses Defendant THE TRAVELERS INDEMNITY COMPANY from this action, with prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 9, 2010        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: __/s/ Kathleen M. DeLaney__
        Kathleen M. DeLaney

Attorneys for Defendants
**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and THE TRAVELERS INDEMNITY COMPANY**

DATED: August 9, 2010        **WILLIAMS, PINELLI & CULLEN, LLP**

By: __/s/ Amy Carlson__
        Amy Carlson

Attorneys for Plaintiff
**MICHEL FAMILY TRUST**

### ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that Defendant THE TRAVELERS INDEMNITY COMPANY is dismissed from this action, with prejudice.

Date: August 10, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION AND ORDER TO DISMISS TRAVELERS INDEMNITY COMPANY
CASE No. C09-04144 PVT