MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:  (510) 740-1500
Facsimile:  (510) 740-1501
E-mail:  mbarrows@fgppr.com
           kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>Defendants. | **CASE NO.** C09-04144 PVT<br><br>**STIPULATION TO SUBMIT JOINT STATEMENT OF UNDISPUTED FACTS WITH MOTION FOR SUMMARY JUDGMENT AND REQUEST TO ALLOW THE MOTION TO EXCEED 25 PAGES;**<br><br>\|XXXXXXXXXXX\| **ORDER THEREON** |

TO THE HONORABLE PATRICIA V. TRUMBULL, U.S. DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff MICHEL FAMILY TRUST and Defendant TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") have met and conferred and have agreed that certain facts in this litigation are undisputed and certain documents have been authenticated and are admissible as evidence, for purposes of Travelers' Motion for Summary Judgment only;

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff MICHEL FAMILY TRUST and Defendant TRAVELERS INDEMNITY COMPANY OF

-1-
STIPULATION AND ORDER RE MSJ, CASE No. C09-04144 PVT

1  CONNECTICUT hereby stipulate that, pursuant to Local Rule 56-2, the parties be allowed to file
2  a Joint Statement of Undisputed Facts, with Exhibits, for use in supporting and opposing
3  Travelers' Motion for Summary Judgment.

### **REQUEST BY TRAVELERS TO EXCEED 25-PAGE LIMIT**

Because the undisputed facts in this matter are lengthy, Travelers respectfully requests that the Court permit it to file a motion for summary judgment that exceeds the 25-page limit set by Local Rule 7-2 by no more than seven pages, such that the motion shall be no longer than 32 pages.

Respectfully submitted,

DATED:  August 11, 2010            **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:  __/s/ Kathleen M. DeLaney_____
      Kathleen M. DeLaney

Attorneys for Defendant
**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

DATED:  August 11, 2010            **WILLIAMS, PINELLI & CULLEN, LLP**

By:  __/s/ Amy Carlson_____
      Amy Carlson

Attorneys for Plaintiff
**MICHEL FAMILY TRUST**

//
//
//
//
//
//

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that on or before August 17, 2010, the parties may file a Joint Statement of Undisputed Facts, with Exhibits, for use in supporting and opposing Travelers' Motion for Summary Judgment.

IT IS FURTHER ORDERED that Travelers' Motion for Summary Judgment may be up to 32 pages in length.

Date: August 12, 2010

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500