MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:    mbarrows@fgppr.com
           kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>            Plaintiff,<br><br>    vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>            Defendants. | **CASE NO.** C09-04144 PVT<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, NEGLIGENCE AND PUNITIVE DAMAGES WITH PREJUDICE;**<br>**[PROPOSED] ORDER THEREON** |

TO THE HONORABLE PATRICIA V. TRUMBULL, U.S. DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff MICHEL FAMILY TRUST has agreed to dismiss its claims against Defendant THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT for Breach of the Covenant of Good Faith and Fair Dealing, Negligence and Punitive Damages, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

The parties to this action agree, through their respective attorneys, that Plaintiff MICHEL FAMILY TRUST hereby dismisses its claims against Defendant THE TRAVELERS

1  INDEMNITY COMPANY OF CONNECTICUT for Breach of the Covenant of Good Faith and

2  Fair Dealing, Negligence and Punitive Damages, with prejudice,

3  **IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 20, 2010 | **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC** |
|  | By: __/s/ Kathleen M. DeLaney_____<br>Kathleen M. DeLaney |
|  | Attorneys for Defendant<br>**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT** |
| DATED: August 20, 2010 | **WILLIAMS, PINELLI & CULLEN, LLP** |
|  | By: __/s/ Amy Carlson_____<br>Amy Carlson |
|  | Attorneys for Plaintiff<br>**MICHEL FAMILY TRUST** |

### ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that Plaintiff's claims against Defendant THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT for Breach of the Covenant of Good Faith and Fair Dealing, Negligence and Punitive Damages are hereby dismissed, with prejudice.

Date: August 23, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

STIP. AND ORDER TO DISMISS BAD FAITH, NEGLIGENCE AND PUNITIVE DAMAGES
CASE No. C09-04144 PVT

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500