UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TRAVELERS INDEMNITY CO. OF<br>CONNECTICUT, ET AL.,<br><br>　　　　　　Defendants. | Case No.: C 09-04144 PVT<br><br>**ORDER CONTINUING HEARING ON DEFENDANT TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S MOTION FOR SUMMARY JUDGMENT; FURTHER CASE MANAGEMENT ORDER** |

On August 17, 2010, defendant Travelers Indemnity Company of Connecticut moved for summary judgment and noticed a hearing for September 14, 2010. *See* Docket No. 29. Pursuant to Civ. L.R. 7-3(a), an opposition was due no later than August 24, 2010. On August 27, 2010, plaintiff Michel Family Trust filed a declaration requesting denial or continuance of the hearing on the summary judgment motion. *See* Declaration of Amy Carlson in Support of Request for Denial or Continuance of Summary Judgment under FRCP 56(f). ("Carlson Decl."). (Docket No. 32). In sum, plaintiff Michel Family Trust sought additional time to file its opposition to the summary judgment motion because more time was needed to review "thousands of documents." Carlson Decl., ¶ 10. Defendant Travelers opposed the request to continue the hearing on the summary judgment motion. Defendant Travelers Indemnity Company of Connecticut's Reply in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment and Opposition to

ORDER, *page 1*

1  Plaintiff's Request for Continuance or Denial of Motion filed August 31, 2010.  (Docket No. 33).
2  On September 7, 2010, plaintiff Michel Family Trust filed an opposition to the summary judgment
3  motion and on September 8, 2010, plaintiff Michel Family Trust filed a declaration in support of its
4  opposition to the summary judgment motion.  (Docket Nos. 34-35).
5      Having reviewed the papers and considered the arguments of counsel,
6      IT IS HEREBY ORDERED that the hearing on defendant Travelers' motion for summary
7  judgment is continued to November 2, 2010 at 10AM.  Defendant Travelers may file a further reply
8  no later than October 12, 2010.
9      IT IS FURTHER ORDERED that the Final Pretrial Conference shall be held on November
10 30, 2010 at 2PM and a jury trial shall commence on January 11, 2010 at 9:30AM.
11 Dated:    September 10, 2010

        *Patricia V. Trumbull*
        _____
        PATRICIA V. TRUMBULL
        United States Magistrate Judge

ORDER, *page 2*