UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MICHEL FAMILY TRUST, )<br>)<br>　　　　　Plaintiff, )<br>　　v. )<br>)<br>TRAVELERS INDEMNITY CO. OF )<br>CONNECTICUT, ET AL., )<br>)<br>　　　　　Defendants. )<br>_____ ) | Case No.: C 09-04144 PVT<br><br>**ORDER GRANTING DEFENDANT TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S APPLICATION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>**[Docket No. 38]** |

On August 17, 2010, defendant Travelers Indemnity Company of Connecticut moved for summary judgment and noticed a hearing for September 14, 2010. Plaintiff Michel Family Trust later sought to continue the hearing to allow for a further review of documents. The court continued the hearing to November 2, 2010.

On September 28, 2010, defendant Travelers applied for leave to file an amended motion for summary judgment and noticed the same hearing date of November 2, 2010. Plaintiff Michel Family Trust timely filed its opposition on October 12, 2010. *See* Civ. L.R. 7-3(a). Having reviewed the papers and considered the arguments of counsel,

IT IS HEREBY ORDERED that defendant Travelers Indemnity Company's application for leave to file an amended motion for summary judgment is granted. It may file a reply, if any, no later

1 | than October 19, 2010.  The hearing date remains scheduled for November 2, 2010 at 10AM.
2 | Dated:     October 14, 2010
3 | _____
4 | PATRICIA V. TRUMBULL
    United States Magistrate Judge