1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE MICHEL FAMILY TRUST, ) | Case No.: C 09-04144 PVT |
|---|---|
| Plaintiff, ) | **ORDER CONTINUING HEARING;** |
| v. ) | **FURTHER SCHEDULING ORDER** |
| TRAVELERS INDEMNITY CO. OF ) CONNECTICUT, ET AL., ) | **[Docket No. 39]** |
| Defendants. ) | |

IT IS HEREBY ORDERED that the November 2, 2010 hearing on defendant Travelers Indemnity Company of Connecticut's motion for summary judgment is continued to December 14, 2010 at 10AM.

IT IS FURTHER ORDERED that the Final Pretrial Conference shall be held on February 2, 2011 at 2PM and a jury trial shall commence on February 23, 2011 at 9:30AM.

Dated:   October 27, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28