1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE MICHEL FAMILY TRUST, ) | Case No.: C-09-04144 PSG |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING PRETRIAL** |
| v. ) | **CONFERENCE AND TRIAL DATES** |
| ) | |
| TRAVELERS INDEMNITY COMPANY ) | |
| OF CONNECTICUT, ET AL., ) | (Docket No. 56) |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having reviewed the parties' stipulation to continue the final pretrial conference and trial date,

IT IS HEREBY ORDERED that the pretrial conference shall be continued to July 12, 2011 at 2PM and the trial is continued to July 25, 2011 at 9:30AM.

IT IS SO ORDERED.

Dated:   April 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*