MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
Email: mbarrows@fgppr.com
kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>Defendants. | **CASE NO.** C09-04144 PSG (LB)<br><br>**[PROPOSED]** ORDER MOVING SETTLEMENT CONFERENCE TO JUNE 2, 2011<br><br>[The Honorable Laurel Beeler, Magistrate Judge] |

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation to Move Settlement Conference to June 2, 2011, as follows:

1. The settlement conference in this matter is moved to 1:30 p.m. on June 2, 2011, at 3rd Floor, Federal Building, 1301 Clay Street, Oakland, CA 94612; and

2. Other than the changed settlement conference date, the Court's May 5, 2011 Notice and Order Regarding Settlement Conference is in full force and effect.

IT IS SO ORDERED.

DATED:  May 17        , 2011

_____
UNITED STATES DISTRICT COURT JUDGE