MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DELANEY (SBN 196376)
ANDREA BEDNAROVA (SBN 250709)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: mbarrows@fgppr.com
kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. C09-04144 PSG<br><br>**DEFENDANT TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S APPLICATION AND ~~PROPOSED~~ [ORDER] FOR LEAVE TO BRING TECHNOLOGY TO THE COURTROOM FOR TRIAL**<br><br>**Trial Date:　October 3, 2011**<br>**Time:　　　9:00 a.m.**<br>**Courtroom:　Five (5)**<br><br>**[The Honorable Paul S. Grewal]**<br><br>Complaint Filed:　June 8, 2009 |

TO THE HONORABLE PAUL S. GREWAL:

　　　TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") hereby requests leave for its attorneys to bring into the courtroom and to operate for purposes of trial, an overhead projector, laptops, extension cords, easels and oversize boards. The requested items will assist Travelers in presenting its case to the jury and make any electronic files available and readily accessible during trial proceedings in the event it is necessary to refer to them.

DEF. TRAVELERS' APPLICATION AND [PROPOSED] ORDER FOR LEAVE TO BRING
TECHNOLOGY TO THE COURTROOM FOR TRIAL – CASE No. C09-04144 PSG　　-1-

Based on the foregoing, Travelers requests leave to bring an overhead projector, laptops, extension cords, easels and oversize boards to the courtroom for trial of this matter.

Respectfully submitted,

DATED: September 28, 2011

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: __/s/ Marjie D. Barrows__
      Marjie D. Barrows

Attorneys for Defendant
**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

IT IS SO ORDERED.

DATED: __September 28,___, 2011

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
                MAGISTRATE

DEF. TRAVELERS' APPLICATION AND [PROPOSED] ORDER FOR LEAVE TO BRING TECHNOLOGY TO THE COURTROOM FOR TRIAL – CASE No. C09-04144 PSG      -2-