MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
Email: mbarrows@fgppr.com
kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHEL FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, THE TRAVELERS INDEMNITY COMPANY, and DOES 1 to 100, inclusive,<br><br>Defendants. | **CASE NO.** C09-04144 PSG<br><br>**[XXXX] ORDER RE FACTS AND DOCUMENTS FOR USE AT TRIAL**<br><br>**Trial Date:** October 3, 2011<br>**Time:** 9:30 a.m.<br>**Courtroom:** Five (5)<br><br>**[The Honorable Paul S. Grewal]**<br><br>Complaint Filed: June 8, 2009 |

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation Re Facts and Documents For Use At Trial, as follows:

1. Defendant's Exhibit Number 200, Travelers Indemnity Company of Connecticut Policy No. I-660-853X1500 issued to Plaintiff for period of March 27, 2004 to March 27, 2005, is authenticated and admitted as evidence at trial.

//
//
//
//

1  2. The fact that Barry Swenson Builder has been paid $323,054.14 for any and all
2  construction work performed at 1093-1099 W. San Carlos Street from January 1, 2010 to the
3  present is deemed undisputed.
4  IT IS SO ORDERED.

6  DATED: _Qevqdgt"5."4233

        _____
        UNITED STATES ZZZZZZZZZZZZZZZZZZZZZZZZ

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

ORDER RE FACTS AND DOCUMENTS FOR USE AT TRIAL
CASE No. C09-04144 PSG                                           -2-